**BOKHOUR LAW GROUP**
Mehrdad Bokhour, Esq. (SBN 285256)
mehrdad@bokhourlaw.com
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (310) 975-1493
Facsimile: (310) 300-1705

**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, Esq. (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff Carmen Lepe

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN LEPE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS SUPPLY CHAIN, INC., a North Carolina corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:19-CV-02213-TJH-SHKx<br><br>**Order for Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) [JS-6]** |

1
ORDER FOR DISMISSAL

# ORDER

Plaintiff Carmen Lepe's request for dismissal is approved pursuant to rule 41(a) of the Federal Rules of Civil Procedure. The entire action is dismissed as follows:

1. Plaintiff Carmen Lepe's individual claims are hereby dismissed *with prejudice*;

2. Plaintiff's representative claims are hereby dismissed *without prejudice*; and

3. All parties to bear their own attorneys' fees and costs.

Because no class was certified in this matter, no notice to the putative class is ordered.

Dated: NOVEMBER 12, 2020

_____
Hon. Terry J. Hatter Jr.
UNITED STATES DISTRICT JUDGE

# Exhibit A

*(Settlement and General Release Agreement)*